IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SURJIT SINGH,<br><br>    Defendant and Judgment Debtor. | No. 2:19-mc-00095-KJM-DB<br><br>**ORDER TERMINATING WRIT OF CONTINUING GARNISHMENT (BANK, STOCKS OR BROKERAGE ACCOUNTS)** |
| BANK OF INDIA<br>(and its Successors and Assignees),<br><br>    Garnishee. | |

The Court, having carefully reviewed the entire file and the United States' Request for an Order Terminating the Writ of Continuing Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request. Accordingly, it is ORDERED that:

1. Pursuant to 28 U.S.C. § 3205(c)(10)(B), the Writ of Continuing Garnishment (Bank, Stocks or Brokerage Accounts) previously issued against Surjit Singh on June 19, 2019 is hereby TERMINATED, ECF 6; and

2. The Clerk of the United States District Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

DATED: August 20, 2019        /s/ DEBORAH BARNES
                                            UNITED STATES MAGISTRATE JUDGE